AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Anthony Vance Telephone: (810) 766-5177
Special Agent: Nathan Sutara Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Malachi Lamont Randle

Case: 4:26-mj-30556
Judge: Ivy, Curtis

Filed: 09-10-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 18, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | illegal possession of a machinegun |

This criminal complaint is based on these facts:

I have probable cause that on August 18, 2026, Malachi Lamont Randle (XX-XX-2005) violated 18 U.S.C. § 922(o) - illegal possession of a machinegun.

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Sutara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 10, 2026

City and state: Flint, MI

Curtis Ivy, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided

for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, there is probable cause to believe that on August 18, 2026, Malachi Lamont Randle (XX-XX-2005) violated 18 U.S.C. § 922(o) – illegal possession of a machinegun.

## BACKGROUND

4. On August 18, 2026, Michigan State Police Troopers operating in a fully marked patrol vehicle in full uniform were traveling west on Coldwater Road approaching Detroit Street, Mount Morris Township, MI, Eastern District of Michigan. While on patrol, Troopers observed a silver in color Dodge Journey bearing MI/Reg: 29AQS0 traveling west on Coldwater in front of them.

5. While westbound, the vehicle was observed to have an inoperable license plate light. Further, the vehicle was seen crossing the centerline while driving south on Detroit Street. As a result of these vehicle violations, a traffic stop was conducted.

6. Ultimately, all occupants were requested to exit the vehicle. The front seat passenger was identified as Malachi Lamont Randle via his Michigan Driver's license.

7. While searching Randle, Troopers located a Glock, Model 27, .40 caliber pistol bearing S/N: MCE618 in his front waistband. This pistol was loaded

with twenty-nine (29) rounds of .40 caliber ammunition. Further, this pistol had a "Glock Switch" attached to it.

8. A "Glock switch" is a term for an auto-sear which converts a semi-automatic firearm into a fully automatic firearm, firing more than one round with the single pull of the trigger.

9. Randle was placed in custody for the weapon offense. Afterwards, Troopers advised Randle of his *Miranda* rights. He agreed to answer questions. During that interview, Randle stated he carries the firearm for protection only. He purchased the firearm for $800 off a social media application a week or two ago. When asked about the auto-sear (Glock switch), Randle stated he bought the gun with the "switch" already attached to it. Randle also admitted that he knew it was illegal to possess a firearm and have an automatic conversion switch on the gun. Randle acknowledged it was a Glock 27, he knowingly possessed the firearm during the traffic stop, and that the gun was in his front waistband, pointed down.

## CONCLUSION

10. Based on the above information, I have probable cause that on August 18, 2026, Malachi Lamont Randle (XX-XX-2005) violated 18 U.S.C. § 922(o) – illegal possession of a machinegun.

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge